# MEMORANDUM DECISIONS

GARRETT v. STATE. (Court of Criminal Appeals of Texas. Jan. 22, 1913.) Appeal from District Court, Grayson County; J. M. Pearson, Judge. Columbus Garrett was convicted of burglary, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Under a proper indictment appellant was convicted of burglary. There is neither bills of exception nor statement of facts in the record. No question is raised which we can consider without a statement of facts. The judgment is therefore affirmed.